**ORIGINAL**

NAME __Cesar Rodriguez__

PRISON IDENTIFICATION/BOOKING NO. __F-30844__

ADDRESS OR PLACE OF CONFINEMENT __C.U.S.P  A2-116 up__

__Box 2349  Blythe CA, 92226__

Note:   It is your responsibility to notify the Clerk of Court in writing of any change of address. If represented by an attorney, provide his name, address, telephone and facsimile numbers, and e-mail address.

2008 JUN 30  PM 6:00

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

530

*fee due*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

__Cesar Rodriguez__

FULL NAME (*Include name under which you were convicted*)

Petitioner,

v.

__John F. Salazar, C.U.S.P Warden__

NAME OF WARDEN, SUPERINTENDENT, JAILOR OR AUTHORIZED
PERSON HAVING CUSTODY OF PETITIONER

Respondent.

CASE NUMBER:

CV- __08- 4325- R (RNB)__

To be supplied by the Clerk of the United States District Court

☐ _____ **AMENDED**

**PETITION FOR WRIT OF HABEAS CORPUS
BY A PERSON IN STATE CUSTODY**
28 U.S.C. § 2254

PLACE/COUNTY OF CONVICTION __Humboldt county__
PREVIOUSLY FILED, RELATED CASES IN THIS DISTRICT COURT
(*List by case number*)

CV ___CV070874___

CV ___CR05 48 79 S___

## INSTRUCTIONS - PLEASE READ CAREFULLY

1.   To use this form, you must be a person who either is currently serving a sentence under a judgment against you in a California state court, or will be serving a sentence in the future under a judgment against you in a California state court. You are asking for relief from the conviction and/or the sentence. This form is your petition for relief.

2.   In this petition, you may challenge the judgment entered by only one California state court. If you want to challenge the judgment entered by a different California state court, you must file a separate petition.

3.   Make sure the form is typed or neatly handwritten. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

4.   Answer all the questions. You do not need to cite case law, but you do need to state the federal legal theory and operative facts in support of each ground. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a legal brief or arguments, you may attach a separate memorandum.

5.   You must include in this petition _all_ the grounds for relief from the conviction and/or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

5.   You must pay a fee of $5.00. If the fee is paid, your petition will be filed. If you cannot afford the fee, you may ask to proceed *in forma pauperis* (as a poor person). To do that, you must fill out and sign the declaration of the last two pages of the form. Also, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account at the institution. If your prison account exceeds $25.00, you must pay the filing fee.

6.   When you have completed the form, send the original and two copies to the following address:

Clerk of the United States District Court for the Central District of California
United States Courthouse
ATTN: Intake/Docket Section
312 North Spring Street
Los Angeles, California 90012

LODGED
CLERK, U.S. DISTRICT COURT

JUN 26 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

PLEASE COMPLETE THE FOLLOWING: (*Check appropriate number*)

This petition concerns:
1. ☑ a conviction and/or sentence.
2. ☐ prison discipline.
3. ☐ a parole problem.
4. ☐ other.

## PETITION

1. Venue
   a. Place of detention _Chuckawalla U.S.P. A2-116 UP Box 2349 Blythe CA. 92226_
   b. Place of conviction and sentence _Humbolot county Superior court of cAlifornia_
   _825 Fifth st. Eureka. CA 95501-1153_

2. Conviction on which the petition is based (*a separate petition must be filed for each conviction being attacked*).
   a. Nature of offenses involved (*include all counts*): _two counts of 208_
   _and two strikes_

   b. Penal or other code section or sections: _(cal Rules of court, rule 30(b)(4)(B)(d).)_

   c. Case number: _CR0548795_
   d. Date of conviction: _▓▓▓▓ ▓▓▓ may . 2006_
   e. Date of sentence: _June 2. 2006_
   f. Length of sentence on each count: _2 years minimum sentence on 1 count._
   _8 years endhandsed therm on one count._

   g. Plea (*check one*):
      ☐ Not guilty
      ☑ Guilty
      ☐ Nolo contendere

   h. Kind of trial (*check one*):
      ☐ Jury
      ☑ Judge only

3. Did you appeal to the California Court of Appeal from the judgment of conviction?    ☑ Yes  ☐ No
   If so, give the following information for your appeal (*and attach a copy of the Court of Appeal decision if available*):
   a. Case number: _Appeal # A114144_
   b. Grounds raised (*list each*):
      (1) _Court Uailated prisoner legal Rights by imposing and endhansed therm._

---

(2) _Improper Asistance of counsil_
(3) _Judge Deniaid defendant Reauest of Reapointment of Attorney._
(4) _the fact is that aqusor Lied on their statements & aqivisations._
(5) _At sentensing Judge base on privius Crimes that defendants ben a suspect Not Aconvict_
(6) _____

c. Date of decision: _____

d. Result _Denied_ _____
   _____

4. If you did appeal, did you also file a Petition for Review with the California Supreme Court of the Court of Appeal decision?   ☑ Yes   ☐ No
   If so give the following information *(and attach copies of the Petition for Review and the Supreme Court ruling if available)*:

   a. Case number: _____

   b. Grounds raised *(list each)*:

      (1) _____
      (2) _____
      (3) _____
      (4) _____
      (5) _____
      (6) _____

   c. Date of decision: _____

   d. Result _Denied_ _____
      _____

5. If you did not appeal:

   a. State your reasons _____
      _____
      _____
      _____
      _____

   b. Did you seek permission to file a late appeal?   ☐ Yes   ☐ No

6. Have you previously filed any habeas petitions in any state court with respect to this judgment of conviction?
   ☑ Yes   ☐ No
   If so, give the following information for each such petition *(use additional pages if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:

a.  (1) Name of court: *Humboldt county superior court of california.*

(2) Case number: *CV070874*

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: *June / 2006*

(4) Grounds raised *(list each)*:

(a) *Ineficient asistance of counsil*

(b) *Cruel & unusual punishment inapropiat Length of sentence.*

(c) *the fact is Judge & prosecutor tooke prejudice actions bace on perjuris*

(d) *the fact is that a Quiusair Lied on their statment & aquisations.*

(e) *theres not visual or fisical evidence of a crime.*

(f) _____

(5) Date of decision: _____

(6) Result *Denied*

(7) Was an evidentiary hearing held?    ☐ Yes    ☑ No

b.  (1) Name of court: _____

(2) Case number: _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

(a) _____

(b) _____

(c) _____

(d) _____

(e) _____

(f) _____

(5) Date of decision: _____

(6) Result _____

(7) Was an evidentiary hearing held?    ☐ Yes    ☑ No

c.  (1) Name of court: _____

(2) Case number: _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

(a) _____

(b) _____

(c) _____
(d) _____
(e) _____
(f) _____

(5) Date of decision: _____
(6) Result _____
_____

(7) Was an evidentiary hearing held?    ☐ Yes    ☐ No

7.  For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than five grounds. Summarize briefly the facts supporting each ground. For example, if you are claiming ineffective assistance of counsel, you must state facts specifically setting forth what your attorney did or failed to do.

CAUTION:    *Exhaustion Requirement*: In order to proceed in federal court, you must ordinarily first exhaust your state court remedies with respect to each ground on which you are requesting relief from the federal court. This means that, prior to seeking relief from the federal court, you first must present all of your grounds to the California Supreme Court.

a.  Ground one: Court Vailated prisoner Legal Rights by imposing and endhandsed therm upon sentensing.

(1) Supporting FACTS: [Court vailated 6th & 14th Amended constitution.] Cruel and unusual Punishment. by imposing a enhansed therm on Sentensing a crime that Quiaries a maximum of 6 year & a medium of 4 years & a minimum of 2 years if found quithy

(2) Did you raise this claim on direct appeal to the California Court of Appeal?    ☑ Yes    ☐ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court?    ☑ Yes    ☐ No
(4) Did you raise this claim in a habeas petition to the California Supreme Court?    ☑ Yes    ☐ No

b.  Ground two: Improper inefisient asistance of ▓▓▓ counsel.

(1) Supporting FACTS: Improper asistance of counsel. Attorney did not tell defender he will get 10 years & 2 strikes on a plea bargain agreement the fact is Attorney told defendant D.A. acepted a 3 year Deal that he will live to the Judge to disaid. our goto trial and possible get life in prison if convicted. Inviolation of constituti law.

(2) Did you raise this claim on direct appeal to the California Court of Appeal?    ☑ Yes    ☐ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court?    ☑ Yes    ☐ No

(4) Did you raise this claim in a habeas petition to the California Supreme Court?    ☑ Yes    ☐ No

c. Ground three: Judge Denaid defendant Request of Reapointment of Attorney.

(1) Supporting FACTS: the fact is Affther my Attorney Mised 3 court Appointments i Request the Judge to grant me the power to Represent my self becouse my Attorney is not present when D.A. & Judge are making important desision on my case the Judge ignore my plea. & my Request was Remove From the court transcripts in vhilation of my Legal & constitutional Rights

(2) Did you raise this claim on direct appeal to the California Court of Appeal?    ☑ Yes    ☐ No

(3) Did you raise this claim in a Petition for Review to the California Supreme Court?    ☑ Yes    ☐ No

(4) Did you raise this claim in a habeas petition to the California Supreme Court?    ☑ Yes    ☐ No

d. Ground four: the fact is that aquiusat lied on their statments & aquisations

(1) Supporting FACTS: the fact is that aquiusar lied the statement she made & Filed on video tep by prosecutor. aquiusur state that i put my pants Down & that i put my marth on hevigina DA. complotly change those statements & made a Recantation of those statements on trial testimoni [Jackson V. Virgini (1979) 443 U.S. 307, 318-19] 90S. ct. 2781; 61 L Ed. 2d 560]. in fairnes & perjuris & numerous evidentiary erro violated state criminal codes [Estelle V. McGuire (1991) 502 U.S. 62, 70 [112 S. ct. 475, 481; 116 L. Ed. 2d 385].

(2) Did you raise this claim on direct appeal to the California Court of Appeal?    ☑ Yes    ☐ No

(3) Did you raise this claim in a Petition for Review to the California Supreme Court?    ☑ Yes    ☐ No

(4) Did you raise this claim in a habeas petition to the California Supreme Court?    ☑ Yes    ☐ No

e. Ground five: At sentensing Judge bace himself on privius crimes that defendant is ben a suspecto Not a convict to support his sentence. [28 U.S.C. § 2264.]

(1) Supporting FACTS: first privius Case [ Rodriquez Vs. Sonoma counti superior cour case was Dismised ] & [ manuel Estrad & cesar Todriquez Vs. Humboldt counti superior court Rodriquez was Dismised of this charge ]. petitioner conviction has ben enhansded Due to previous discharged convictions & two numerous on D.A. & Judge account [ 28 U.S.C. § 2241 (e).] preiser V. Rodriquez (1973) 411 U.S. 475 [93 S. ct. 1827; 36 l. Ed. 2d 439].

(2) Did you raise this claim on direct appeal to the California Court of Appeal?    ☑ Yes    ☐ No

(3) Did you raise this claim in a Petition for Review to the California Supreme Court?    ☑ Yes    ☐ No

(4) Did you raise this claim in a habeas petition to the California Supreme Court?    ☑ Yes    ☐ No

8. If any of the grounds listed in paragraph 7 were not previously presented to the California Supreme Court, state briefly which grounds were not presented, and give your reasons: _____

_____

_____

9. Have you previously filed any habeas petitions in any federal court with respect to this judgment of conviction?

☐ Yes   ☑ No

If so, give the following information for each such petition *(use additional pages if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:

a.  (1) Name of court: _____

    (2) Case number: _____

    (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

    (4) Grounds raised *(list each)*:

        (a) _____

        (b) _____

        (c) _____

        (d) _____

        (e) _____

        (f) _____

    (5) Date of decision: _____

    (6) Result _____

    (7) Was an evidentiary hearing held?    ☐ Yes   ☐ No

b.  (1) Name of court: _____

    (2) Case number: _____

    (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

    (4) Grounds raised *(list each)*:

        (a) _____

        (b) _____

        (c) _____

        (d) _____

        (e) _____

        (f) _____

    (5) Date of decision: _____

    (6) Result _____

(7) Was an evidentiary hearing held?    ☐ Yes  ☐ No

10. Do you have any petitions now pending (i.e., filed but not yet decided) in any state or federal court with respect to this judgment of conviction?    ☐ Yes  ☑ No

If so, give the following information *(and attach a copy of the petition if available)*:

(1) Name of court: _____

(2) Case number: _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

(a) _____

(b) _____

(c) _____

(d) _____

(e) _____

(f) _____

11. Are you presently represented by counsel?    ☐ Yes  ☑ No

If so, provide name, address and telephone number: this is my previous Attorney that asistme on Appeal #A114144; Kathleen Woods Novoa  Willow springs #4  Big Sur. CA 93920 phone: (831) 818-8026

WHEREFORE, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding,

_____    Cesar Rodriguez
Signature of Attorney (if any)
Acting as is one Attorney

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on June 23/2008
Date

_____
Signature of Petitioner

_Cesar Rodriquez_
_____
Petitioner

                                        **DECLARATION IN SUPPORT**
                                        **OF REQUEST**
                                        **TO PROCEED**
                                        **IN FORMA PAUPERIS**

_____
Respondent(s)

I, _Cesar Rodriquez_____, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? ☐ Yes  ☑ No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   _____

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, within the past twelve months, any money from any of the following sources?

   a. Business, profession or form of self-employment?    ☐ Yes    ☑ No
   b. Rent payments, interest or dividends?                ☐ Yes    ☑ No
   c. Pensions, annuities or life insurance payments?      ☐ Yes    ☑ No
   d. Gifts or inheritances?                               ☐ Yes    ☑ No
   e. Any other sources?                                   ☐ Yes    ☑ No

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: _____

   _____

3. Do you own any cash, or do you have money in a checking or savings account? _(Include any funds in prison accounts)_

   ☑ Yes  ☐ No

   If the answer is yes, state the total value of the items owned: $ 265 00 in miami Federal Detention center / 33 NE. 4th street miami Fl. 33132  prisoner Account.

   Phone # (305) 577-0010

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes ☑ No

If the answer is yes, describe the property and state its approximate value: _____

_____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: *Ramona nuñoz Mother Raven, Cesar. faith childrens At this point nothin becouse I Am incarserated*

_____

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on *June 23/ 2008*
                 Date                                    Signature of Petitioner

### CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $_____ on account to his credit at the _____ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: _____

_____

_____

_____                    _____
        Date                                              Authorized Officer of Institution/Title of Officer

# Closing Arguments.                    June 23, 2008

I Cesar Rodriquez F-30844

C.V.S.P  A2-116 UP

Box 2349

Blythe CA, 92226

sumit this Federal Abbeaus corpus to this most

highest honorable court seavind remedis ∆ immediate

sepeedier release from prison bace on —

[3] Preiser V. Rodriquez (1973) 411 U.S. 475 [93 S.Ct. 1827; 36 L.Ed.2d 439]

* Petitioner his challengin this conviction that has ben

enhandeed Due to grevius discharged convictions.

[7] 28 U.S.C. § 2241 (c).

* I addres my ply to this honorable court and its Highest

official on this facility  honarable. John Salazar

Warden

[20] Federal Rules of habeas corpus, rule 2(a); 28 U.S.C. § 2254.

* I have completly exausted my Reavest for Relief on:

Appeal # A114144

Abeas corpus to california supreme court. # CV070874

and the petition four Review. but california supreme court

denied the reviw. i dont have a # for it but i enclosing the

Letter my attorney send me on this deniald.  suporting law.

[25] 28 U.S.C § 2254 (b)(2) and (3).

[26] Roman V. Estelle (9th cir. 1990) 917 F.2d 1505;  See also

O'sullivan V. Boerckel (1999) 526 U.S. 838 [119 S.Ct. 1728; 144 L.Ed.2d 1]

[27] See McGuire V. Estelle (9th cir. 1989) 873 F.2d 1323, 1325 fn.1.

Page 11 of 1

73 <u>Brown V. Allen</u> (1953) 344 U.S. 443 [73 S.Ct. 397; 97 L.Ed. 469].

* the Facts that accusser laid on their Statements & the D.A make a Recantation of the original statements made on the video tape  if a Juror would have had this evidence before and our cross examination this matter would have gone to trial they would have not had a conviction.

50 <u>La Grand V. Steward</u> (9th Cir. 1998) 133 F.3d 1253;

<u>Schlup V. Delo</u> (1999) 513 U.S. 298 [115 S.Ct. 851; 130 L.Ed. 2d 808].

91 <u>Jackson V. Virginia</u> (1979) 443 U.S. 307, 318-19 [90 S.Ct. 2781; 61 L.Ed. 2d 560]

* <u>the fact.</u> is theres no Visual Fisical evidence court cant show ani subtantial inturies to determine any quilthy Jury verdict, the fact the D.A. make a Recantation of the original statements "cast a Vast shadow of doubt" and question the Reality of proof of quilth. It Rader offer a proof of innocence, When theres no evidence to fine Petitioner quilth beYond a reasonable Doubt

51 <u>Schlup V. Delo</u> (1995) 513 U.S. 298 [115 S.Ct. 851; 130 L. Ed. 2d 808];

<u>Carrier V. Steward</u> (9th Cir. 1997) 132. 3d 463

92 <u>United States excel. Sostre V. Festa</u> (9th Cir. 1975) 513 F.2d 1313;

<u>united states excel. Rice V. Vincent</u> (2nd Cir. 1974) 491 F.2d 1326.

*

* A Round has ben don in my beaf by bringin up unfairnes claims,

charges Not supported by any evidence and being sentence with a therm that vailated congres sentensing guide lines on a ofence that Quiaries a maximum of 6 year if fand quilthy.

The faet that i was convicted of two counts one count four allelledly putin my hand ana minor head. Four less than Five seconds. and the second count four allelledly putin my hand on a minor heaps, four less than Five seconds does not support the therm imposed at sentensing.

I ask this honorable court to Reviuw this case make a evidensiary hering Reopen this case four trial our dismiss those boqust charges due to lack of evidence and all my claims that i make on this petition    most Respecfully

Cesar Rodriguez. petitioner

# Law Office of RW Novoa

Willow Springs #4
Big Sur, CA 93920

Phone: (831) 818-8026
Email: kwnovoa@mac.com
FAX: 831-300-2103

### Kathleen Woods Novoa, Attorney at Law

May 20, 2008

Cesar Rodriguez, F 30844
CVSP A2-132 up
Box 2349
Blythe, CA 92226

**Appeal No. A114144**

Dear Mr. Rodriquez:

I am confused by your letter of April 17, 2008, as I indicated back in November of 2007, I am no longer representing you. Your appeal is over. I did file the petition for review, as I indicated I would do, but as expected the California Supreme Court denied review. I have sent you all the information I have about how and where to file a writ of habeas corpus.

I am sorry I could not obtain a better result for you, but challenging a guilty plea is rarely successful. The fact that the parties lied is irrelevant, once you have admitted the truth of the allegations by pleading guilty.

I wish you the best of luck in the future.

Sincerely,

Kathleen Woods Novoa
Attorney at Law

cc: file



**SHERRI R. CARTER**
District Court Executive
and Clerk of Court

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8 Los
Angeles, CA 90012
Tel: (213) 894-7984

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Monday, June 30, 2008

CESAR RODRIGUEZ, F-30844
CHUCKAWALLA VALLEY STATE PRISON, A2-116 UP
P.O. BOX 2349
BLYTHE, CA 92226

Dear Sir/Madam:

A [X] Petition for Writ of Habeas Corpus was filed today on your behalf and assigned civil case number
CV08- 4325 R (RNB)

A [ ] Motion pursuant to Title 28, United States Code, Section 2255, was filed today in criminal case
number _____ and also assigned the civil case number _____

Please refer to these case numbers in all future communications.

Please Address all correspondence to the attention of the Courtroom Deputy for:

[ ] District Court Judge _____

[X] Magistrate Judge     **Robert N. Block** _____

at the following address:

[ ] U.S. District Court
312 N. Spring Street
Civil Section, Room G-8
Los Angeles, CA 90012

[X] Ronald Reagan Federal
Building and U.S. Courthouse
411 West Fourth St., Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

[ ] U.S. District Court
3470 Twelfth Street
Room 134
Riverside, CA 92501

The Court must be notified within fifteen (15) days of any address change.  If mail directed to your
address of record is returned undelivered by the Post Office, and if the Court and opposing counsel
are not notified in writing within fifteen (15) days thereafter of your current address, the Court may
dismiss the case with or without prejudice for want of prosecution.

Very truly yours,

Clerk, U.S. District Court

By: AMARTINE
_____
Deputy Clerk



**SHERRI R. CARTER**
District Court Executive
and Clerk of Court

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**
312 North Spring Street, Room G-8  Los
Angeles, CA 90012
Tel: (213) 894-3535

Monday, June 30, 2008

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

CESAR RODRIGUEZ, F-30844
CHUCKAWALLA VALLEY STATE PRISON, A2-116 UP
P.O. BOX 2349
BLYTHE, CA  92226

Dear Sir/Madam:

Your petition has been filed and assigned civil case number    CV08- 4325 R (RNB)

Upon the submission of your petition, it was noted that the following discrepancies exist:

☐ 1. You did not pay the appropriate filing fee of $5.00.  Submit a cashier's check, certified bank check, business or corporate check, government issued check, or money order drawn on a major American bank or the United States Postal Service payable to 'Clerk U.S. District Court'.  If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's Declaration In Support of Request to Proceed In Forma Pauperis in its entirety.  The Clerk's Office will also accept credit cards (Mastercard, Visa, Discover, American Express) for filing fees and miscellaneous fees.  Credit card payments may be made at all payment windows where receipts are issued.

☒ 2. The Declaration in Support of Request to Proceed in Forma Pauperis is insufficient because:

   ☐ (a) You did not sign your Declaration in Support of Request to Proceed in Forma Pauperis.

   ☒ (b) Your Declaration in Support of Request to Proceed in Forma Pauperis was not completed in its entirety.

   ☒ (c) You did not submit a Certificate of Prisoner's Funds completed and signed by an authorized officer at the prison.

   ☐ (d) You did not use the correct form.  You must submit this court's current Declaration in Support of Request to Proceed in Forma Pauperis.

   ☐ (e) Other: _____

Enclosed you will find this court's current Prisoner's Declaration in Support of Request to Proceed in Forma Pauperis, which includes a Certificate of Funds in Prisoner's Account Form.

Sincerely,

Clerk, U.S. District Court

AMARTINE

By: _____

Deputy Clerk

CV-111 (07/06)          **NOTICE re: DISCREPENCIES FOR FILING OF HABEAS CORPUS PETITION**