I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ petitioner + the AG (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 7/7/08

DEPUTY CLERK



FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUL - 7 2008

CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR RODRIGUEZ,<br><br>       Petitioner,<br><br>  vs.<br><br>JOHN F. SALAZAR, Warden,<br><br>       Respondent. | Case No. CV 08-4325-R (RNB)<br><br>ORDER TRANSFERRING ACTION TO UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA |

Petitioner lodged for filing a Petition for Writ of Habeas Corpus by a Person in State Custody herein on June 26, 2008. It appears from the face of the Petition that petitioner is challenging a 2006 conviction sustained in Superior Court of California for Humboldt County, which is located within the Northern District of California. See 28 U.S.C. § 84(a).

A petition for writ of habeas corpus may be filed in the United States District Court of either the judicial district in which the petitioner is presently confined or the judicial district in which the petitioner was convicted and sentenced. See 28 U.S.C. § 2241(d). Petitioner presently is confined at Chuckawalla Valley State Prison in Blythe, which is located in Riverside County and thus within the jurisdictional boundaries of this District (i.e., the Central District of California). See 28 U.S.C. § 84(c). Accordingly, jurisdiction exists in both the Northern and Central Districts.

1  When a habeas petitioner is challenging his underlying conviction or sentence, the district court for the district in which the petitioner was convicted and sentenced is a more convenient forum because of the accessibility of evidence, records and witnesses. Thus, it generally is the practice of the district courts in California to transfer habeas actions questioning state convictions/sentences to the district in which the petitioner was convicted and sentenced. Although two districts have jurisdiction to entertain the instant petition, any and all records, witnesses and evidence necessary for the resolution of petitioner's contentions are more readily available in Humboldt County. See Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968). Therefore, in furtherance of the interest of justice,

**IT IS ORDERED** that the Clerk of this Court transfer this matter to the United States District Court for the Northern District of California. See 28 U.S.C. § 2241(d).

**IT IS FURTHER ORDERED** that the Clerk of this Court serve a copy of this Order upon petitioner and upon the California Attorney General.

DATED: July 7, 2008

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

Presented by:

Robert N. Block
United States Magistrate Judge



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

**To:** Clerk, United States District Court
_____ District of _____

**Re:** Transfer of our Civil Case No. _____
   Case Title: _____

Dear Sir/Madam:

**An order having been made transferring the above-numbered case to your district, we are transmitting herewith our file:**

☐ Original case file documents are enclosed in paper format.
☐ Electronic Documents are accessible through Pacer.
☐ Other: _____

Very truly yours,

Clerk, U.S. District Court

Date: _____    By _____
                                Deputy Clerk

cc:   All counsel of record

---

**TO BE COMPLETED BY RECEIVING DISTRICT**

**Please acknowledge receipt via e-mail to appropriate address listed below and provide the case number assigned in your district:**

☐   CivilIntakecourtdocs-LA@cacd.uscourts.gov    (Los Angeles Office)
☐   CivilIntakecourtdocs-RS@cacd.uscourts.gov    (Riverside Office)
☐   CivilIntakecourtdocs-SA@cacd.uscourts.gov    (Santa Ana Office)

Case Number: _____

Clerk, U.S. District Court

Date: _____    By _____
                                Deputy Clerk

CV-22 (05/08)    **TRANSMITTAL LETTER - CIVIL CASE TRANSFER OUT**