# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:08–cv–04325–R–RNB

Cesar Rodriguez v. John F. Salazar  
Assigned to: Judge Manuel L. Real  
Referred to: Magistrate Judge Robert N. Block  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 06/30/2008  
Date Terminated: 07/07/2008  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

**Cesar Rodriguez**    represented by    **Cesar Rodriguez**  
CDC F–30844  
Chuckawalla Valley State Prison  
P O Box 2349  
Blythe, CA 92226  
PRO SE

V.

**Respondent**

**John F. Salazar**  
*CVSP Warden*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/30/2008 | 1 | PETITION for Writ of Habeas Corpus by a Person In State Custody (28:2254) Case assigned to Judge Manuel L. Real and referred to Magistrate Judge Robert N. Block. (Filing fee $ 5 DUE.), filed by Petitioner Cesar Rodriguez. (et) (Entered: 07/02/2008) |
| 06/30/2008 | 2 | NOTICE OF REFERENCE TO A U.S. MAGISTRATE JUDGE. Pursuant to the provisions of the Local Rules, the within action has been assigned to the calendar of Judge Manuel L. Real and referred to Magistrate Judge Robert N. Block to consider preliminary matters and conduct all further matters as appropriate. The Court must be notified within 15 days of any change of address. (et) (Entered: 07/02/2008) |
| 07/07/2008 | 4 | ORDER by Judge Manuel L. Real, TRANSFERRING ACTION 1 to United States District Court for the Northern District of California: IT IS FURTHER ORDERED that the Clerk of this Court serve a copy of this Order upon petitioner and upon the California Attorney General. (Made JS–6. Case Terminated.) (Attachments: # 1 CV–22) (rla) (Entered: 07/11/2008) |
| 07/11/2008 | 3 | TRANSMITTAL of case to Northern District of California (rla) (Entered: 07/11/2008) |
| 08/05/2008 | 5 | NOTICE OF DISCREPANCY AND ORDER: by Magistrate Judge Robert N. Block, ORDERING Application to Proceed IFP submitted by Petitioner Cesar Rodriguez received on 08/01/08 is not to be filed but instead rejected. Denial based on: Case closed and transferred to Northern District of California. (db) (Entered: 08/05/2008) |