**UNITED STATES DISTRICT COURT**
**Northern District of California**
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

August 21, 2008

CASE TITLE:   CESAR RODRIGUEZ-v-JOHN F SALAZAR
RECEIVED FROM: Central District of California - 2:08-cv-4325-R-RNB

CASE NUMBER:   CV 08-03830 CW

TO COUNSEL OF RECORD:

    The above entitled action has been transferred to this District. All future filings should reflect case number CV 08-03830-CW.

Sincerely,

RICHARD W. WIEKING, Clerk

*Clara Pierce*

by:  Clara Pierce
Case Systems Administrator

o:\mrg\civil\transin.mrg