RECEIVED BUT NOT FILED
\[illegible\] - 1 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
BY _____ DEPUTY

RECEIVED & RETURNED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG - 5 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

RECEIVED
AUG 1 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Cesar Rodriquez,
　　　　　Plaintiff,

vs.

Jhon F. Salazar, C.V.S.P. Warden,
　　　　　Defendant.

C08-3830 CW

CASE NO. CV08-4325 R (RNB)

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, Cesar Rodriquez, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ☑   No ☒

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: Dont get paid   Net: being force to work for free

Employer: Chuckawalla Valley state prison
P.O Box 2349 Blythe, CA 92226 U.S.A

- 1 -

1. If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

_____

_____

_____

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment     Yes ☐ No ☒

    b. Income from stocks, bonds, or royalties?     Yes ☐ No ☒

    c. Rent payments?     Yes ☐ No ☒

    d. Pensions, annuities, or life insurance payments?     Yes ☐ No ☒

    e. Federal or State welfare payments, Social Security or other government source?     Yes ☐ No ☒

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3. Are you married?     Yes ☒ No ☐

Spouse's Full Name: **Amanda Rodriguez**

Spouse's Place of Employment: **Winco Foods**

Spouse's Monthly Salary, Wages or Income:

Gross $ **unknown**  Net $ **unknown**

4. a. List amount you contribute to your spouse's support:$ **None**

- 2 -

1   b.   List the persons other than your spouse who are dependent upon you for
2        support and indicate how much you contribute toward their support. (NOTE:
3        For minor children, list only their initials and ages. DO NOT INCLUDE
4        THEIR NAMES.).
5   R,N. R.B 11 C.R,10 F.R.8

7   5.   Do you own or are you buying a home?   Yes ☐ No ☑
8   Estimated Market Value: $_____   Amount of Mortgage: $_____
9   6.   Do you own an automobile?   Yes ☐ No ☑
10  Make _____   Year _____   Model _____
11  Is it financed? Yes ☐ No ☐   If so, Total due: $ _____
12  Monthly Payment: $ _____
13  7.   Do you have a bank account?   Yes ☐ No ☑ (Do not include account numbers.)
14  Name(s) and address(es) of bank: _____
15
16  Present balance(s): $ _____
17  Do you own any cash? Yes ☑ No ☐ Amount: $ 3.68
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.)   Yes ☐ No ☑
20
21  8.   What are your monthly expenses?
22  Rent: $ _____   Utilities: _____
23  Food: $ _____   Clothing: _____
24  Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on this Account |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

- 3 -

```
 1   9.     Do you have any other debts? (List current obligations, indicating amounts and to
 2   whom they are payable. Do not include account numbers.)
 3   Yes. Humboldt County Superior court
 4   $1,990.00
 5
 6   10.    Does the complaint which you are seeking to file raise claims that have been presented
 7   in other lawsuits?    Yes ☐   No ☒
 8   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
 9   which they were filed.
10   _____
11   _____
12          I consent to prison officials withdrawing from my trust account and paying to the court
13   the initial partial filing fee and all installment payments required by the court.
14          I declare under the penalty of perjury that the foregoing is true and correct and
15   understand that a false statement herein may result in the dismissal of my claims.
16
17   07/24/08                              [signature]
         DATE                              SIGNATURE OF APPLICANT
18
19
20                                         Case Number: CV08-4325 R(RNB)
21
```
- 4 -

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **RODRIGUEZ, CESAR** for the last six months at **CHUCKAWALLA VALLEY STATE PRISON** where (s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **$13.28** and the average balance in the prisoner's account each month for the most recent 6-month period was **$3.28**.

Dated: **7/25/08**

_____
[Authorized officer of the institution]

- 5 -

```
REPORT ID: TS3030 .701                                                    REPORT DATE: 07/22/08
                                                                          PAGE NO:           1
                              CALIFORNIA DEPARTMENT OF CORRECTIONS
                                    CHUCKAWALLA VALLEY PRISON
                                  INMATE TRUST ACCOUNTING SYSTEM
                                  INMATE TRUST ACCOUNT STATEMENT

                        FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 22, 2008

ACCOUNT NUMBER  : F30844                      BED/CELL NUMBER: A2000000000116U
ACCOUNT NAME    : RODRIGUEZ, CESAR REYNIERY   ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                              TRUST ACCOUNT ACTIVITY
       TRAN
DATE   CODE   DESCRIPTION       COMMENT     CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE

01/01/2008    BEGINNING BALANCE                                                    0.00
07/07*DD30    CASH DEPOSIT     0061/ MR                  9.00                      9.00

                              CURRENT HOLDS IN EFFECT
 DATE      HOLD
PLACED     CODE         DESCRIPTION                 COMMENT        HOLD AMOUNT

06/24/2008  H107   POSTAGE HOLD                    4238/6-24          2.02
06/25/2008  H118   LEGAL COPIES HOLD               4248/06-24         0.30
06/25/2008  H118   LEGAL COPIES HOLD               4248/06-24         3.00

                       * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 06/02/06                              CASE NUMBER: CR054879
COUNTY CODE: HUM                                      FINE AMOUNT: $  2,000.00

DATE    TRANS.   DESCRIPTION                          TRANS. AMT.        BALANCE

01/01/2008       BEGINNING BALANCE                                       2,000.00
07/07/08  DR30   REST DED-CASH DEPOSIT                    10.00-         1,990.00

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

                              TRUST ACCOUNT SUMMARY

BEGINNING     TOTAL        TOTAL         CURRENT       HOLDS      TRANSACTIONS
 BALANCE     DEPOSITS    WITHDRAWALS     BALANCE      BALANCE     TO BE POSTED

   0.00        9.00         0.00           9.00        5.32           0.40

                                                          CURRENT
                                                        AVAILABLE
                                                          BALANCE
                                                          --------
                                                           3.28
```