Blythe, CA.

Dear clerk off the honorable court of the Northern District of California.

The present letter is to introduce myself & my case:

Cesar Rodriguez
    Petitioner.

Vs.

John F. Salazar, Warden,
    Respondent.

Case #. C08-3830 CW
Case #. CV 08-4325-R (RNB)

that the United States District Court Central District of California [order & transfer Action to the United States District Court for the Northern District of California].

Presented by:

Robert N. Block
United States Magistrate Judge

Manuel L. Real
United State District Judge

**FILED**
AUG 1 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
~~OAKLAND~~ SF

Dated July 7, 2008

I would Request this honorable court to appoint me a Attorney on my case four proper legal Representation. & to grant me moore time to precent this court with a support letters & to provide a date of the final time that i have to provide my support letters.

Enclose are the certificate that i am providing you to proceed in forma papirus...

Cesar R. Rodriguez

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

NOTICE OF DOCUMENT DISCREPANCIES

RECEIVED & RETURNED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG - 5 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

To: ☐ U.S. District Judge / ☑ U.S. Magistrate Judge __RNB__
From: __Kerri Glover__, Deputy Clerk    Date Received: __8/1/08__
Case No.: __CV08-4325 R (RNB)__  Case Title: __Rodriguez vs Salazar__
Document Entitled: __App to Proceed IFP__

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 11-3.1    Document not legible
- ☐ Local Rule 11-3.8    Lacking name, address, phone and facsimile numbers
- ☐ Local Rule 11-4.1    No copy provided for judge
- ☐ Local Rule 19-1      Complaint/Petition includes more than ten (10) Does or fictitiously named parties
- ☐ Local Rule 15-1      Proposed amended pleading not under separate cover
- ☐ Local Rule 11-6      Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8      Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 7.1-1     No Certification of Interested Parties and/or no copies
- ☐ Local Rule 6.1       Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 56-1      Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2      Statement of genuine issues of material fact lacking
- ☐ Local Rule 7-19.1    Notice to other parties of ex parte application lacking
- ☐ Local Rule 16-6      Pretrial conference order not signed by all counsel
- ☐ FRCvP Rule 5(d)      No proof of service attached to document(s)
- ☑ Other: __Case closed and transferred to Northern Dist. of Calif.__

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

---

ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____    _____
Date                        U.S. District Judge / U.S. Magistrate Judge

☑ The document is NOT to be filed, but instead REJECTED, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have not been filed with the Court.

__8/5/08__                  _____
Date                        U.S. District Judge / U.S. Magistrate Judge

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

CV-104A (12/03)            NOTICE OF DOCUMENT DISCREPANCIES

GPO U.S. GOVERNMENT PRINTING OFFICE: 2006-572-754/59178

Cesar Rodriguez F-30844 A2-116 ᵩ SAN BERNARDINO CA 924
Chuckawalla Valley state Prison
P.O. Box 2349
Blythe, CA 92226

13 AUG 2008 PM 8 T

LEGAL MAIL

RECEIVED

AUG 13 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LEGAL MAIL

United states District court for the northern Dist.

U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA ~~94102-3483~~ 94102-3483

LEGAL MAIL

Confidential Legal mail
Case #. CV 08-4325-~~Ref(RMW Bo)~~) CCC4

