IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CESAR RODRIGUEZ,**<br><br>                              Petitioner,<br><br>        v.<br><br>**JOHN F. SALAZAR, WARDEN,**<br><br>                              Respondent. | Case No. C 08-03830 CW (PR)<br><br>**ORDER** |

For good cause shown, Respondent may have until June 12, 2010, within which to file and serve an Answer or motion to dismiss on procedural grounds.  Petitioner shall file with the Court and serve on respondent any Traverse, motion opposition, or statement of non-opposition within thirty (30) days of receipt of the motion.

Dated: 5/13/2010

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

1

[Proposed] Order (C 08-03830 CW (PR))